UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FORBES, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MARTIN RESNICK CONSTRUCTION COMPANY, a business of unknown structure and function; CITY ENVIRONMENTAL SERVICES, INC., a business of unknown structure and function; FEDERAL AVIATION ADMINISTRATION, an agency of the United States of America; UNITED STATES OF AMERICA; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　　Defendants. | Civil No.   06cv2089-BEN (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

　　　　On October 15, 2007, the Court held a settlement conference. Maurizio Mangini and Irene Stewart appeared on behalf of Plaintiff; Steve Chu appeared on behalf of Defendant United States of America and the Federal Aviation Administration; B.J. Haeck appeared on behalf of Defendant Martin Resnick dba Martin Resnick Construction Company; and Ruben Tarango appeared on behalf of Defendant City Environmental Services, Inc. The case has settled. Accordingly, IT IS HEREBY ORDERED:

　　　　1.　　A Joint Motion for Dismissal shall be submitted to the Honorable Roger T. Benitez on or before **November 9, 2007.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S Porter by fax to (619) 702-9925 or email to efile_porter@casd.uscourts.gov.

　　　　2.　　If a Joint Motion for Dismissal is not submitted on or before November 9, 2007, then

a Settlement Disposition Conference shall be held on **November 13, 2007,** at **9:45 a.m.** before Judge Porter.  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Steve Chu shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal is received on or before November 9, 2007, the Settlement Disposition Conference shall be VACATED without further court order.

DATED:  October 15, 2007

_____
LOUISA S PORTER
United States Magistrate Judge